UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

04 CRIM. 664 

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

        -v.-                              :    SEALED
                                              INDICTMENT

RAPHAEL BEATO,                        :    04 Cr.
  a/k/a "Liro,"
CESAR CASTRO,                         :
  a/k/a "Cesarito," and
JOSE REYES-RODRIGUEZ,                 :

        Defendants.              :

- - - - - - - - - - - - - - - - - - - x



## COUNT ONE

The Grand Jury charges:

1. From at least in or about March 2004 until in or about July 2004, in the Southern District of New York and elsewhere, RAPHAEL BEATO, a/k/a "Liro," CESAR CASTRO, a/k/a "Cesarito," and JOSE REYES-RODRIGUEZ, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that RAPHAEL BEATO, a/k/a "Liro," CESAR CASTRO, a/k/a "Cesarito," and JOSE REYES-RODRIGUEZ, the defendants, and others known and unknown, would and did distribute, and possess with intent to distribute a controlled substance, to wit, 100 grams and more of mixtures and substances containing a detectable quantity of heroin, in violation of Title 21, United States Code, Sections

812, 841(a) and 841(b)(1)(B).

<u>OVERT ACTS</u>

3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a.   On or about July 9, 2004, RAPHAEL BEATO, a/k/a "Liro," CESAR CASTRO, a/k/a "Cesarito," and JOSE REYES-RODRIGUEZ, the defendants, had a meeting in Manhattan.

   b.   On or about March 31, 2004, RAPHAEL BEATO, a/k/a Liro, the defendant, sold at least approximately 48 grams of heroin in Newark, New Jersey to a Special Agent of the Drug Enforcement Administration acting in an undercover capacity.

(Title 21, United States Code, Section 846.)

_____                      _____
FOREPERSON                                            DAVID N. KELLEY
                                                      United States Attorney

2


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-13-04

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RAPHAEL BEATO,
   a/k/a "Liro,"
CESAR CASTRO,
   a/k/a "Cesarito," and
JOSE REYES-RODRIGUEZ,

Defendants.

INDICTMENT

04 Cr.

(21 U.S.C. § 846.)

DAVID N. KELLEY
United States Attorney.

A TRUE BILL

Foreperson.

13 JULY 04